PD-0827-15

PD-0827-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/2/2015 11:56:07 AM
Accepted 7/2/2015 4:10:58 PM
ABEL ACOSTA
CLERK

No. _____

In the
Court of Criminal Appeals
At Austin

———————◆———————

**No. 14-14-00091-CR**

In the
Court of Appeals
for the
Fourteenth District of Texas
at Houston

———————◆———————

**No. 1400039**
In the 185th District Court
Harris County, Texas

———————◆———————

**ADRIAN FRANCISCO MIRANDA**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW**

———————◆———————

FILED IN
COURT OF CRIMINAL APPEALS

July 2, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE COURT OF APPEALS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with the felony offense of aggravated sexual assault of a child.

2. A jury convicted appellant of the charged offenses and the court sentenced him to 25 years confinement in the Institutional Division of the Texas Department of Criminal Justice on January 16, 2014.

3. A unanimous panel of the Fourteenth Court of Appeals rendered judgment in an unpublished opinion on April 23, 2015, affirming appellant's conviction and sentence.

4. Appellant filed a Motion for Rehearing and Motion for En Banc Reconsideration. Both were denied on June 2, 2015.

5. Appellant's petition for discretionary review is due on July 2, 2015.

6. Appellant seeks an extension, in accordance with TEX. R. APP. P. 68.2(c), until August 3, 2015, to file a petition for discretionary review.

7. The following facts are relied upon to show good cause for the requested extension:

    a. Counsel has been working on the appellate briefs in *Dorsey v. State,* No. 01-14-00685-CR., *Hayes v. State*, 04-14-00878-CR. and 04-14-00879-CR., and *Ross v. State*, 01-14-00902-CR.

    b. Counsel filed a petition for discretionary review in *Campuzano v. State*, No. PD-0476-15 and No. PD-0477-15.

    c. Counsel has filed a writ of certiorari in the United States Supreme Court in *Masterson v. Stephens.*

    d. Appellant's petition is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until August 3, 2015.

Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on July 2, 2015, a copy of the foregoing was delivered to the following addresses:

Alan Curry
Harris County District Attorney's Office
curry_alan@dao.hctx.net

Lisa McMinn
State Prosecuting Attorney
lisa.mcminn@spa.state.tx.us

**/s/MANDY MILLER**

3